

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

James J. Naples, Appellant

No. 06-13-00059-CV          v.

M. Mark Lesher and wife, Rhonda Long Lesher, Appellees

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 09C1459B-005). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. We reverse the trial court's summary judgment as to (1) Naples' and Gurav's mineral claims for breach of the partnership agreement and Gurav's mineral claim of fraud by nondisclosure to the extent that they relate to any mineral payments or proceeds made on or after January 1, 2006, and (2) Naples' and Gurav's timber claims for breach of fiduciary duty. We, therefore, remand the matter to the trial court for further proceedings consistent with this opinion.

We further order that the appellees, M. Mark Lesher and wife, Rhonda Long Lesher, pay all costs of this appeal.

RENDERED MAY 8, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk